BlumbergExcelsior, Inc., Publisher, NYC 10013
Form 21 Statement of Social Security Number (12/07)

# United States Bankruptcy Court

Northern District Of Illinois

### STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle):    Maria G. Perez
   *(Check the appropriate box and, if applicable, provide the required information.)*

   Debtor has a social security number and it is    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

2. Name of Joint Debtor (enter First, Last, Middle):
   *(Check the appropriate box and, if applicable, provide the required information.)*

I declare under penalty of perjury that the foregoing is true and correct.

X ___*Maria G Perez*_____    ___5-17-2008___
  Signature of Debtor                Date

X _____    _____
  Signature of Joint Debtor            Date

*Joint debtors must provide information for both spouses.
Penalty for making a false statement:   Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C.
§ § 152 and 3571.